IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN LEE VARNUM,

    Petitioner,                                 2:04-cv-2659-GEB-CHS-P

   vs.

RICHARD KIRKLAND, et al.,

    Respondents.                               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a timely notice of appeal of this court's January 21, 2009 order denying his application for writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

1

1 | court, or is "'adequate to deserve encouragement to proceed further.'" *Jennings v. Woodford*,
2 | 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]
3 | Petitioner has made a substantial showing in his petition that his confession was
4 | unconstitutionally admitted into evidence at his trial.
5 | Accordingly, IT IS HEREBY ORDERED that a certificate of appealability shall
6 | issue in the present action.
7 | Dated: February 17, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. *Jennings*, at 1010.

2