1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

STEVEN LEE VARNUM,                              No.  2:04-cv-2659 GEB CKD P (TEMP)

12

Petitioner,

13

v.                                              ORDER

14

RICHARD KIRKLAND,

15

Respondent.

16
17

     Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

18

corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19

Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20

     On January 25, 2016, the magistrate judge filed findings and recommendations herein

21

which were served on all parties and which contained notice to all parties that any objections to

22

the findings and recommendations were to be filed within fourteen days.  Petitioner has filed

23

objections to the findings and recommendations.

24

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25

court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26

court finds the findings and recommendations to be supported by the record and by proper

27

analysis.

28

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed January 25, 2016, are adopted in full;

2.  Petitioner's August 19, 2015 filing submitted as a Rule 60(b) motion (Docket No. 40) is deemed in substance an unauthorized successive application for a writ of habeas corpus and therefore is dismissed; and

3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  February 22, 2016


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2